IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

    Petitioner,                    No.  2:11-cv-2498 MCE CKD P

    vs.

KATHLEEN L. DICKINSON,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a second amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The second amended application, filed August 13, 2012, attacks a conviction issued by the Superior Court of Los Angeles County.  While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: August 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
fran2498.108