I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/5/12

D. VO
DEPUTY CLERK

JS-6/Enter

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP – 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,

    Petitioner,

vs.

KATHLEEN L. DICKINSON,

    Respondent.

Case No. CV 12-7264-DSF (RNB)

**JUDGMENT**

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 9/4/12

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP – 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY